ORIGINAL

FILED

MAY 0 2 2008

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIGUEL OROZCO,<br><br>    Defendant. | Cr. No. 04-1264GT<br><br>ORDER |

On April 24, 2008, defense counsel for Defendant, Miguel Orozco, filed a Motion for Release of Documents. Specifically, counsel requested all documents pertaining to Mr. Orozco's injury and death. Defense counsel has made no showing for why he requires these records. Accordingly,

**IT IS ORDERED** that defense counsel's Motion for Release of Records is **DENIED**.

5-2-08
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel