FILED
MAY 0 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 04CR1264-GT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| MIGUEL ANGEL OROZCO-LOPEZ, | ) | ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS |
| Defendant. | ) | |

### ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Order to Show Cause in the above entitled case be dismissed, as to defendant Miguel Angel Orozco-Lopez.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: 5-2-08

HONORABLE GORDON THOMPSON, JR.
United States District Judge